EDMOND PARKER, RESPONDENT, v. WILLIAM T. HICKSON, APPELLANT.

Submitted July 10, 1916—Decided November 20, 1916.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 443.

For the respondent, *Edwin C. Caffrey.*

For the appellant, *Howe & Davis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 12.

*For reversal*—None.